**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1978**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

PAUL FRANKLIN CASSELL,

Claimant - Appellant,

versus

505 VICTOR STREET, EDEN, LEAKSVILLE TOWNSHIP, ROCKINGHAM COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon; 307 CHERRY STREET, EDEN, LEAKSVILLE TOWNSHIP, ROCKINGHAM COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon; 753 DAVIS STREET, EDEN, LEAKSVILLE TOWNSHIP, ROCKINGHAM COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon; 703 OSBORNE STREET, EDEN, LEAKSVILLE TOWNSHIP, ROCKINGHAM COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon; 511 VICTOR STREET, EDEN, LEAKSVILLE TOWNSHIP, ROCKINGHAM COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon; 182 SOUTH BEESON ROAD, EDEN, LEAKSVILLE TOWNSHIP, ROCKINGHAM COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon; 1.00 ACRE LOCATED ON SOUTH BEESON ROAD, EDEN, LEAKSVILLE TOWNSHIP, ROCKINGHAM COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon; 1 ACRE MORE OR LESS LOCATED IN RIDGEWAY MAGISTERIAL DISTRICT, HENRY COUNTY, VIRGINIA, with all appurtenances and improvements thereon; 1.698 ACRES LOCATED ON SATURN DRIVE, IRISBURG MAGISTERIAL DISTRICT, HENRY COUNTY, VIRGINIA, with all

appurtenances and improvements thereon; 4.89 ACRES LOCATED IN RIDGEWAY MAGISTERIAL DISTRICT, HENRY COUNTY, VIRGINIA, with all appurtenances and improvements thereon; TWO TRACTS CONTAINING 18.22 ACRES AND 14.65 ACRES LOCATED IN RIDGEWAY MAGISTERIAL DISTRICT, HENRY COUNTY, VIRGINIA, with all appurtenances and improvements thereon; TWO TRACTS CONTAINING 102.54 ACRES AND .90 ACRES LOCATED IN RIDGEWAY MAGISTERIAL DISTRICT, HENRY COUNTY, VIRGINIA, ALL KNOWN AS 1051 POWELL ROAD, with all appurtenances and improvements,

Defendants.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, District Judge. (CA-00-419)

---

Submitted: November 7, 2002          Decided: November 13, 2002

---

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Paul Franklin Cassell, Appellant Pro Se. Lynne P. Klauer, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Franklin Cassell appeals the district court's decree and judgment of forfeiture. We have reviewed the record and find no reversible error. Accordingly, we grant Cassell's motion to supplement the record on appeal and affirm on the reasoning of the district court. See United States v. Cassell, No. CA-00-419 (M.D.N.C. July 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED